UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTHIL MOHAN MURUGAIYAN,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLY BANK,<br><br>   Defendant. | Case No. 23-cv-04871-AMO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On April 4, 2024, this Court adopted Chief Magistrate Judge Ryu's Report and Recommendation dismissing pro se plaintiff Senthil Mohan Murugaiyan's complaint with leave to amend. Murugaiyan's amended complaint was due May 3, 2024. To date, no amended complaint has been filed.

Accordingly, Murugaiyan is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Murugaiyan must file a written response to this order to show cause by no later than **June 7, 2024**. If Murugaiyan intends to move forward with this case, the amended complaint must also be filed by **June 7, 2024**. If Murugaiyan does not file both documents by that date, the Court will dismiss this action without further notice.

**IT IS SO ORDERED.**

Dated: May 17, 2024

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**